[No. 55597-9-I. Division One. August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL LAVEL ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03387-8, Ronald Kessler, J., entered December 6, 2004. *Affirmed* by unpublished opinion per curiam opinion.

[No. 55822-6-I. Division One. August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN FREEBURG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08085-3, Charles W. Mertel, J., entered February 23, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 56077-8-I. Division One. August 14, 2006.]

CORRENE E. McCORD, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

Petition for discretionary review of a decision of the Superior Court for King County, No. 04-2-24052-2, Paris K. Kallas, J., entered March 22, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56288-6-I. Division One. August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBBIE JON SIEGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00110-5, Stephen J. Dwyer, J., entered May 20, 2005. *Affirmed* by unpublished per curiam opinion.